IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WOODBRIDGE PARTNERS, L.P., | § | CASE NO. 24-41520-elm7 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF HEARING ON MOTION TO ESTABLISH
### CHAPTER 11 ADMINISTRATIVE EXPENSE BAR DATE

Please take notice that a hearing will be held on the on the *Motion to Establish Chapter 11 Administrative Expense Bar Date* (Dkt. No. 302) on October 16, 2025 at 9:30 a.m. via WebEx Video Conference or in person before The Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. The WebEx link may be accessed here: https://us-courts.webex.com/meet/morris (Meeting Number 2309-445-3213). To appear via telephone only, parties must dial 1.650.479.3207 and enter Meeting ID 2309 445 3213. A copy of the Judge Morris's Telephonic and Videoconference Hearing Policy is attached hereto as **Exhibit "A."**

                Respectfully submitted,

                QUILLING, SELANDER, LOWNDS,
                  WINSLETTT & MOSER, P.C.
                2001 Bryan Street, Suite 1800
                Dallas, Texas 75201
                (214) 871-2100 (Telephone)
                (214) 871-2111 (Facsimile)

                By: */s/ Kenneth A. Hill*
                    Kenneth A. Hill
                    Texas Bar No. 09646950
                ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by (a) the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtor, the Trustee, the Office of the United States Trustee, and all persons and entities requesting notice under L.B.R. 2002-1(j), (b) first class mail, postage prepaid, on the persons and entities set forth on the attached service list,[1] and (c) first class mail, postage prepaid, on the following:

Lain, Faulkner & Co., P.C.
Attn:  Brian Crisp
400 N. Saint Paul Street, Suite 600
Dallas, Texas  75201

Ferguson Alliance, LLC
Attn:  Robert Ferguson
1400 Broadfield Blvd., Suite 200
Houston, Texas  77084

Whitley Penn LLP
Attn:  Justin Wetzler
640 Taylor Street, Suite 2200
Fort Worth, TX  76102

Sahrish K. Soleja
Assistant Attorney General
Bankruptcy Regulatory Team
Bankruptcy & Collections Division
TEXAS ATTORNEY GENERAL
12221 Merit Drive, Suite 650
Dallas, Texas  75251

                */s/ Kenneth A. Hill*
                Kenneth A. Hill

---

[1] The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Diana Cruz at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail dcruz@qslwm.com.

## Exhibit "A"

### Telephonic and Videoconference Hearing Policy

Pursuant to General Order 2023-05, subject to the discretion of the presiding judge of a particular case or proceeding to order otherwise, all hearings before the Court are currently being conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely). For all cases and proceedings before Judge Morris, parties and counsel are required to comply with General Order 2023-05, subject to the permitted exceptions noted herein.

### PERMITTED EXCEPTIONS

Having taken into consideration repeated requests of counsel to be permitted to attend all hearings in person, even if designated as a remote only hearing pursuant to General Order 2023-05, for all cases and proceedings assigned to Judge Morris, Judge Morris has determined to permit both in person and remote attendance at all hearings designated as remote only hearings under General Order 2023-05 (i.e., all such hearings will be conducted in a hybrid mode instead of a remote only mode), provided that Judge Morris may order otherwise with respect to any particular hearing or proceeding in his discretion or for cause shown, and provided further that paragraph 4 of the Procedures for Complex Cases in the Northern District of Texas (adopted by General Order 2023-01) shall govern the conduct of first day hearings in complex chapter 11 bankruptcy cases.

### REMOTE ATTENDANCE INSTRUCTIONS

The policy set out below applies to remote attendance at hearings.

1. General Information. Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in hybrid hearings by remote means (i.e., by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

2. Participation/Attendance Requirements Applicable to All Remote Attendees. The following requirements are applicable to remote attendance at hearings:

a. Required Videoconference Participation; Permissibility of Telephonic Conference Attendance. For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode). For those who do not intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to actively participate in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode (i.e., they may elect to participate solely in a WebEx telephonic mode). All others may attend in either a videoconference or telephonic conference mode.

b. Protocol for Joining and Attending Hearing. Remote attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress and the Court's telephonic and videoconference lines are live. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04.

3. Remote Witness Testimony. For witness testimony presented by remote means, such witness testimony must be provided with the WebEx video function activated. Witnesses are not permitted to provide testimony by telephone alone unless the Court finds cause to allow the testimony by such means (only in rare circumstances).

4. Exhibit Requirements. Any party intending to introduce documentary evidence at a hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits. If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing unless counsel will be presenting the binders to the Court, in person, at the commencement of the hearing. For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply the witness (or counsel for the witness, as appropriate) with paper copies of all designated exhibits of all parties for the hearing so that all exhibits are readily available to the witness.

5. Advisory to Counsel and Parties Electing to Participate Remotely. The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. Those who elect to participate in the hearing by remote means do so at their own risk, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

6. Notice to Members of the Public. Pursuant to remote access policies adopted by the Judicial Conference of the United States, remote video access to Court hearings is only permitted for case participants (parties in interest and their professionals), and non-case participants are not permitted to attend any hearing by remote video means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote audio means, but only if no witness testimony is to be provided. The Court may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.

Case 24-41520-elm7   Doc 308   Filed 09/11/25   Entered 09/11/25 09:20:17   Desc Main
Document    Page 5 of 8

```
Label Matrix for local noticing          Alexander Plant Farm, Inc              Andrew Barg, CPA
0539-4                                   c/o Jay H. Dushkin                     Barg & Henson CPAs, PLLC
Case 24-41520-elm7                       The Dushkin Law Firm                   1300 S University Dive
Northern District of Texas               4615 Southwest Freeway, Suite 600      Suite 312
Ft. Worth                                Houston, TX 77027-7142                 Fort Worth, TX 76107-8099
Thu Sep 11 09:16:26 CDT 2025

Brentwood Nursery, Inc.                  Ellis County                           Fayette County Appraisal District
8803 CR 612                              Linebarger Goggan Blair & Sampson, LLP Perdue Brandon Fielder Collins & Mott LL
Mansfield, TX 76063-7023                 c/o John Kendrick Turner               3301 Northland Drive, Ste 505
                                         2777 N. Stemmons Freeway               Austin, TX 78731-4954
                                         Suite 1000
                                         Dallas, TX 75207-2328

GB2 Holdings, LLC                        Greater Nevada Credit Union            Hillister Farms, L.L.C.
8803 CR 612                              c/o Ross, Smith & Binford, P.C.        8803 CR 612
Mansfield, TX 76063-7023                 Attn: Frances A. Smith                 Mansfield, TX 76063-7023
                                         700 N. Pearl Street
                                         Suite 1610
                                         Dallas, TX 75201-7459

Integrated Botanics, L.P.                (p)PERDUE BRANDON FIELDER ET AL        Lain Faulkner & Co. PC
8803 CR 612                              ATTN C/O PERDUE BRANDON FIELDER ET AL  400 N. St. Paul, Suite 600
Mansfield, TX 76063-7023                 500 EAST BORDER STREET SUITE 640       Dallas, TX 75201-6897
                                         ARLINGTON TX 76010-7457

Pindstrup Moseburg A/S                   Quilling, Selander, Lownds, Winslett & Moser   Seville Farms, Inc.
c/o Matthew T. Taplett, Esq.             2001 Bryan Street                      8803 CR 612
500 W.7th St. #600                       Suite 1800                             Mansfield, TX 76063-7023
Fort Worth, TX 76102-4751                Dallas, TX 75201-3070

Smith County                             Tarrant County                         Texas Commission On Environmental Quality
Linebarger Goggan Blair & Sampson, LLP   Linebarger, Goggan, Blair & Sampson, LLP Office of the Texas Attorney General
c/o John Kendrick Turner                 c/o John K. Turner                     Bankruptcy & Collections Division
2777 N. Stemmons Freeway                 2777 N. Stemmons Freeway               P. O. Box 12548
Suite 1000                               Suite 1000                             Austin, TX 78711-2548
Dallas, TX 75207-2328                    Dallas, TX 75207-2328

Texas Comptroller of Public Accounts     Texas Comptroller of Public Accounts, Revenu  (p)WHITLEY PENN LLP
c/o Office of the Attorney General       Christopher S. Murphy                  ATTN REYNE DVORAK
Bankruptcy - Collections Division MC-008 P.O. Box 12548                         640 TAYLOR ST
PO Box 12548                             Austin, TX 78711-2548                  SUITE 2200
Austin, tx 78711-2548                                                           FORT WORTH TX 76102-4845

Woodbridge Partners, L.P.                501 W. Tenth Street                    Alexander Plant Farm, Inc.
8803 CR 612                              Fort Worth, TX 76102-3637              c/o The Dushkin Law Firm
Mansfield, TX 76063-7023                                                        4615 Southwest Freeway, Suite 600
                                                                                Houston, TX 77027-7142

Antonio 'Tony' Yzaguirre, Jr.            BWI Companies, Inc.                    Ball Horticultural 622 Town Road
Tax Assessor Cameron County Tax Ofc.     1355 N. Kings Highway                  ATTN: Todd Billings
P.O. Box 952                             Nash, TX 75569-2121                    West Chicago, IL 60185-2698
Brownsville, TX 78522-0952

(p)BALL HORTICULTURAL COMPANY            Cameron County                         Charter Communications
ATTN ALENE MANGINO                       c/o Diane W. Sanders                   1600 Dublin Rd
622 TOWN RD                              Linebarger Goggan Blair & Sampson, LLP Columbus, OH 43215-2095
WEST CHICAGO IL 60185-2698               P.O. Box 17428
                                         Austin, TX 78760-7428
```

```
Comptroller of Public Accounts         Ellis County                             Ellis County, et al
C/O Office of the Attorney General     Linebarger Goggan Blair & Sampson, LLP   c/o John K. Turner
Bankruptcy - Collections Division MC-008  c/o John Kendrick Turner              LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 12548                           3500 Maple Avenue                        2777 N. Stemmons Freeway, Suite 1000
Austin TX  78711-2548                  Suite 800                                DALLAS, TX 75207-2328
                                       DALLAS, TX 75219-3959


Fayette County Appraisal District      Gary B. Barber                           Greater Nevada Credit Union
c/o John T. Banks                      Smith County Tax - Assessor Collect      5190 Neil Rd., Ste. 210
Perdue Brandon Fielder Collins & Mott LL  P.O. Box 2011 Longview, TX 75602      Reno NV 89502-6509
3301 Northland Drive, Ste 505
Austin, TX 78731-4954


Greater Nevada Credit Union            Greater Nevada Credit Union              Greater Nevada Credit Union
Attn: Anastasi Jellum, P.A.            Attn: Greater Comm. Lending Svcs.        Attn: Marcus Wertz
14985 60th Street North                451 Eagle Station Lane                   451 Eagle Station Lane
Stillwater, MN 55082-6326              Carson City, NV 89701-8402               Carson City, NV 89701-8402


Grower Direct Supply, Inc.             Internal Revenue Service                 Internal Revenue Service
c/o Christopher J. Hamner              1100 Commerce St. MC5027DAL              Special Procedures-Insolvency
Hamner Law Offices, APLC               Dallas, TX 75242-1100                    P.O. Box 7346
26565 West Agoura Road, Ste. 200                                                Philadelphia, PA 19101-7346
Calabasas, CA 91302-1990


Iron Horse Credit LLC                  Iron Horse Credit LLC                    Iron Horse Credit, LLC
4720 Salisbury Road                    Attn: Steven J. Garofalo                 c/o Forshey & Prostok, LLP
Jacksonville, FL 32256-6101            9811 W. Charleston Blvd., Ste. 2-427     777 Main Street Suite 1550
                                       Las Vegas, NV 89117-7528                 Fort Worth, TX 76102-5384


Jobe Law PLLC                          Kelly Hart & Hallman LLP                 Lanmark Plastic Corporation
6060 North Central Expressway, Suite 500  Attn: Katherine T. Hopkins            Glen Betts
Dallas, Texas 75206-5249               201 Main St., Ste. 2500                  1331 Kelly Ave.
                                       Fort Worth, TX 76102-3194                Akron, OH 44306-3773


Office of the Attorney General         P's Plant Farm                           Pindstrup Moseburg A/S
Main Justice Building, Room 5111       c/o Lydia R. Webb                        Pindstrup, DK-8550
10th & Constitution Avenue, N.W.       Gray Reed                                Romgaard
Washington, DC 20530-0001              1601 Elm Street, Suite 4600              Denmark
                                       Dallas, TX 75201-7212


Richard Rozier                         Richard Rozier                           Robert Brentlinger
Tax Assessor Collector                 Tax Assessor Collector                   8509 CR 612
109 S. Jackson Rm T125                 P.O. Box 836                             Mansfield, TX 76063-7020
Waxahachie, TX 75165-3745              111 South Vail St.
                                       La Grange, TX 78945-2843


SASA TRANSPORTATION INC                Scott Porter                             Small Business Administration
4548 HWY 6 NORTH                       Johnson County - Scott Porter            4300 Amon Carter Blvd.
HOUSTON, TX 77084-3402                 #2 Mill Street, Suite B                  Suite 114
                                       PO Box 75                                Fort Worth, TX 76155-2652
                                       Cleburne, TX 76033-0510


Smith County                           Southland Property Tax Consultants       (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Linebarger Goggan Blair & Sampson, LLP 421 W. 3rd St., Suite 920                REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
c/o John Kendrick Turner               Fort Worth, TX 76102-3752                PO BOX 13528
3500 Maple Avenue                                                               AUSTIN TX 78711-3528
Suite 800
DALLAS, TX 75219-3959
```

| | | |
|---|---|---|
| (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 |
| Texas Workforce Commission<br>TEC Building  Bankruptcy<br>101 East 15th Street<br>Austin, TX 78778-0001 | Triple P Farms<br>c/o Lydia R. Webb<br>Gray Reed<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201-7212 | U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | United States Attorney<br>Office of the United States Attorney<br>3rd Floor, 1100 Commerce Street<br>Dallas, TX 75242-1699 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee<br>Office of the United States Trustee<br>1100 Commerce Street, Suite 976<br>Dallas, TX 75242-0996 | Waste Management - Bankruptcy Department<br>2550 W Union Hills Dr<br>Phoenix, AZ 85027-5163 | Wendy Burgess<br>Tax-Assessor-Collector<br>P.O. Box 961018<br>Fort Worth, TX 76161-0018 |
| Behrooz P. Vida<br>3000 Central Drive<br>Bedford, TX 76021-3671 | Katherine T. Hopkins<br>Kelly Hart & Hallman<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3194 | Nancy Ribaudo<br>Kelly Hart & Hallman LLP<br>201 Main Street<br>Suite 2500<br>Fort Worth, TX 76102-3194 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Johnson County<br>c/o Perdue Brandon Fielder et al<br>500 E Border Street<br>Suite 640<br>Arlington, TX 76010 | Whitley Penn LLP<br>640 Taylor Street<br>Suite 2200<br>Fort Worth, TX 76102 | Ball Horticultural Company<br>622 Town Road<br>Attn: Alene Mangino<br>West Chicago, IL 60185 |
| (d)Johnson County<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010 | State Comptroller of Public Accounts<br>Revenue Accounting Division- Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>BANKRUPTCY PROGRAM MC 132<br>PO BOX 13087<br>AUSTIN, TEXAS 78711-3087 |
| (d)Whitley Penn LLP<br>640 Taylor St., Ste. 2200<br>Fort Worth, TX 76102 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BWI Companies Inc.

(u)Barg & Henson CPAS, PLLC

(u)Cameron County

(u)Deere & Company d/b/a John Deere Financial

(u)Ferguson Alliance, LLC

(u)Greater Nevada Credit Union

(u)IRON HORSE CREDIT LLC

(u)Jobe Law PLLC

(u)Jones Lang LaSalle Brokerage , Inc

(u)Kelly Hart & Hallman LLP

(u)Los Fresnos Nursery, LLP

(u)NETS Trailer Leasing of Texas, LLC

(u)Official Unsecured Creditors' Committee

(u)P's Plant Farm

(u)Small Business Administration

(u)Triple P Farms

(d)Ellis County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Smith County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

(u)Robert Brentlinger

(u)William Brentlinger

End of Label Matrix
Mailable recipients    74
Bypassed recipients    21
Total                  95