Kenneth A. Hill
QUILLING, SELANDER, LOWNDS,
　WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WOODBRIDGE PARTNERS, L.P., | § | CASE NO. 24-41520-elm7 |
| | § | |
| DEBTOR. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE EXPENSE BAR DATE (Dkt. No. 302)**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Behrooz P. Vida (the **"Trustee"**), in his capacity as the chapter 7 trustee for Woodbridge Partners, L.P. (the **"Debtor"**), files this witness and exhibit list for the hearing on his *Motion to Establish Chapter 11 Administrative Expense Bar Date (Dkt. No. 302)* as follows:

**WITNESSES**

Behrooz Vida, Chapter 7 Trustee

**EXHIBITS**

1. Debtor's bankruptcy schedules (Dkt. No. 46)

2. Notice to File Claim (Dkt. No. 267)

3. ECF Claims Register

4. Declaration of William A. Brentlinger in Support of Debtors' Chapter 11 Petitions and First Day Motions (Dkt. No. 18)

5. Order Converting Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and Providing for Related Relief (Dkt. No. 253)

6. ECF Docket Sheet

**TRUSTEE'S WITNESS AND EXHIBIT LIST**　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

The Trustee reserves the right to offer any exhibit identified by any other party and/or to offer any exhibits for rebuttal or impeachment.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case.

*/s/ Kenneth A. Hill*
Kenneth A. Hill